**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANA BARBARA ORTIZ-BACHORIK,

       **Plaintiff,**

-vs-                                      Case No.  6:11-cv-30-Orl-22KRS

ORANGE COUNTY COURTHOUSE
(ORLANDO),

       **Defendant.**
_____

**ORDER**

       This cause is before the Court on the Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 2) filed on January 10, 2011.

       The United States Magistrate Judge has submitted a report recommending that the Complaint be dismissed and the Motion be denied.

       After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

       Therefore, it is **ORDERED** as follows:

       1.     The Report and Recommendation filed January 27, 2011 (Doc. No. 5) is ADOPTED and CONFIRMED and made a part of this Order.

       2.     The Complaint is DISMISSED for lack of subject matter jurisdiction.

     3.     The Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 2) is DENIED.

     4.     The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 15, 2011.

Copies furnished to:

Ana Barbara Ortiz-Bachorik, *pro se*

ANNE C. CONWAY
United States District Judge